No. 70–141. HODGIN *v.* NOLAND. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion

that certiorari should be granted.